**Samson J. HYPOLITE, Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–Appellee.**

**No. 2009–5106.**

United States Court of Appeals, Federal Circuit.

Aug. 4, 2009.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Susan M. BARELA, Petitioner,**

**v.**

**DEPARTMENT OF the NAVY, Respondent.**

**No. 2009–3223.**

United States Court of Appeals, Federal Circuit.

Aug. 13, 2009.

Susan M. Barela, Fairfax, VA, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.